# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER REVOKING PRE-SENTENCE** |
| Plaintiff, | ) | **RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eli James Wright, | ) | Case Nos. 1-16-cr-143 |
| | ) | |
| Defendant. | ) | |

On November 9, 2016, Defendant appeared before the court on a Petition for Revocation of Pre-sentence Release. Defendant did not contest revocation of his pre-sentence release. Accordingly, the court **REVOKES** Defendant's pre-sentence release and commits Defendant to the custody of the Attorney General or his designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge